NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PANTECH CORPORATION, PANTECH WIRELESS, LLC,**
*Plaintiffs-Cross-Appellants*

v.

**ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,**
*Defendant-Appellant*

---

2025-1628, 2025-1629

---

Appeals from the United States District Court for the Eastern District of Texas in No. 5:22-cv-00069-RWS, Judge Robert Schroeder, III.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of OnePlus Technology (Shenzhen) Co., Ltd.'s filing of a motion to waive the confidentiality requirements of Federal Circuit Rule 25.1(d)(1)(A), and OnePlus's statement that it "does not seek to redact any of its own confidential information" but rather that of the cross-appellants and certain third-parties, ECF No. 19 at 7–8,

2  PANTECH CORPORATION v. ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.

IT IS ORDERED THAT:

(1) The briefing schedule is stayed pending consideration of the motion.

(2) Within seven days of the date of entry of this order, cross-appellants are directed to file a response explaining why the proposed redactions are "appropriate and necessary" and "provid[ing] reasons and/or legal citations for each source of information [it contends should] be marked as confidential," Fed. Cir. R. 25.1(d)(3)(A). Any other entity whose information has been redacted may also file a response within that time. Any reply is due no later than three days thereafter.

FOR THE COURT

July 28, 2025
Date

Jarrett B. Perlow
Clerk of Court