Nos. 25-1628 & 25-1629

# United States Court of Appeals for the Federal Circuit

PANTECH CORPORATION, PANTECH WIRELESS, LLC,
Plaintiffs-Cross-Appellants

v.

ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.,
Defendant-Appellant

On Appeal from the United States District Court for the Eastern District of Texas, No. 5:22-cv-00069, Hon. Robert Schroeder III

**NOTICE OF CORRECTION**

Brian Bieluch
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4798
bbieluch@cov.com

Ruixue Ran
COVINGTON & BURLING LLP
2301 Tower C Yintai Centre
2 Jianguomenwai Avenue
Beijing, China 100022
+86 (10) 5910 0511
rran@cov.com

Richard L. Rainey
 *Principal Counsel*
Kevin B. Collins
Peter A. Swanson
Matthew Kudzin
Justin W. Burnam
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
rrainey@cov.com
kcollins@cov.com
pswanson@cov.com
mkudzin@cov.com
jburnam@cov.com

September 15, 2025                      *Counsel for Defendant-Appellant*

Pursuant to Federal Circuit Rule 25(i), Defendant-Appellant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus") hereby provides notice that it has filed corrected versions of both the confidential and non-confidential versions of its opening brief. The corrected versions reduce the number of redacted words, per the Court's order denying OnePlus's motion to waive the confidentiality requirements of Federal Circuit Rule 25.1(d)(1). *See* ECF No. 27. In addition, the Statement of Related Cases has been updated to reflect developments at the International Trade Commission since the original briefs were filed. No other changes have been made.

|  |  |
|---|---|
| Dated: September 15, 2025 | /s/ *Richard L. Rainey* |

Richard L. Rainey
Kevin B. Collins
Peter A. Swanson
Matthew Kudzin
Justin W. Burnam
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
rrainey@cov.com
kcollins@cov.com
pswanson@cov.com
mkudzin@cov.com
jburnam@cov.com

Brian Bieluch
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
(424) 332-4798
bbieluch@cov.com

Ruixue Ran
COVINGTON & BURLING LLP
2301 Tower C Yintai Centre
2 Jianguomenwai Avenue
Beijing, China 100022
+86 (10) 5910 0511
rran@cov.com

*Counsel for Defendant-Appellant*